TOWN OF DUNDEE, a municipal corporation, organized and existing under the laws of the State of Florida; C. A. HELTON, as Tax Collector and Tax Assessor of said Town of Dundee; and C. F. KLETZIN v. W. S. DORR, et al.

36 So. (2nd) 262                  June Term, 1948

June 29, 1948                    Division B

*Dewell & Dewell,* for appellants.

*H. C. Crittenden,* for appellees.

BARNS, J.:

Pursuant to the provisions of a stipulation filed upon the initial appeal of this cause (see same case 32 So. (2nd) 285) and by reason of the opinion and judgment in the case of Town of Lake Hamilton v. Hughes, this day rendered, the decree appealed is reversed for proceedings in conformity and not inconsistent with the said Lake Hamilton-Hughes case, this day decided.

Reversed.

THOMAS, C. J., ADAMS and HOBSON, JJ., concur.